

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| COX PAVING OF TEXAS, INC./H.O. SALINAS & SONS PAVING, INC., | § | No. 08-20-00164-CV |
| | § | Appeal from the |
| Appellants, | | |
| | § | 33rd District Court |
| v. | | |
| | § | of Blanco County, Texas |
| H.O. SALINAS & SONS PAVING, INC./COX PAVING OF TEXAS, INC., | § | (TC# CV08222) |
| Appellees. | | |

## O R D E R

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until December 19, 2020. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ordered that the Hon. Scott K. Field, the Appellant's attorney, prepare the Appellant's Brief and forward the same to this Court on or before December 19, 2020.

IT IS SO ORDERED this 17th day of November, 2020.


PER CURIAM


Before Alley, C.J., Rodriguez and Palafox, JJ.